UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| AARON CAMPELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 10-151-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| EQT PRODUCTION COMPANY, | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Federal Rule of Civil Procedure 54(b), and in accordance with the Order entered contemporaneously with this Judgment, it is hereby **ORDERED and ADJUDGED** as follows:

1.      Judgment is **ENTERED** in favor of the Defendant EQT Production Company; and

2.      This is a **FINAL and APPEALABLE** Judgment; and there is no just cause for delay.

This the 8th day of August, 2011.



Signed By:

*Gregory F. Van Tatenhove*

**United States District Judge**